# ALABAMA COURT OF CRIMINAL APPEALS



June 28, 2024

**CR-2023-0967**

Taylor Ryan Bloodgood v. State of Alabama (Appeal from Marion Circuit Court: CC-19-191.70)

# <u>NOTICE</u>

You are hereby notified that on June 28, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk